# Exhibit A

# STATE OF ILLINOIS
## CIRCUIT COURT

Cook ▼ COUNTY

**SUMMONS**

FILED
10/14/2022 9:59 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L009294
Calendar, W
19893562

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Ruben Ornelas<br>**Plaintiff / Petitioner** (First, middle, last name) |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/Respondents. | Bank of America, N.A.<br>**Defendant / Respondent** (First, middle, last name) |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

*Stamp: Bank Of America OCT 19 2022 Legal Department*

**Case Number**

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Laura Mogenson<br>Registered Agent's name, if any: _____<br>Street Address, Unit #: 100 N. Tryon Street<br>City, State, ZIP: Charlotte, NC, 28202<br>Telephone: - _____ Email: lmogenson@bankofamerica.com |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff ☐ Sheriff outside Illinois: _____<br>County & State<br>☐ Special process server ☐ Licensed private detective |

SU-S 1503.2 Page 1 of 4 (06/21)

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:** Amount claimed: $ 300,000.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: _____ Street Address, Unit #: _____ City, State, ZIP: _____ Telephone: _____ Email: _____ |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):** ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: Address: 1670 Forest View Way City, State, ZIP: Antioch IL 60002 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court: On: _____ at _____ ☐ a.m. ☐ p.m. in _____ Date     Time                       Courtroom **In-person at:** _____ Courthouse Address   City         State   ZIP OR |
| In **4b**, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): By telephone: _____ *Call-in number for telephone remote appearance* By video conference: _____ *Video conference website* _____ *Video conference log-in information (meeting ID, password, etc.)* Call the Circuit Clerk at: _____ or visit their website *Circuit Clerk's phone number* at: _____ to find out more about how to do this. *Website* |

10/14/2022 9:59 AM IRIS Y. MARTINEZ

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____ **Clerk of the Court:** _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** Date of Service: _____ *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook ▼ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Bank of America, N.A._____ **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Ruben Ornelas_____<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number**<br>_____ |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
    *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____
       And left it with: _____
           *First, Middle, Last*
       Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
              *First, Middle, Last*
       Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |
|---|---|

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **By:** _____ *Signature by:* ☐ Sheriff ☐ Sheriff outside Illinois: _____ *County and State* ☐ Special process server ☐ Licensed private detective _____ *Print Name* | **FEES** Service and Return: $ _____ Miles _____ $ _____ Total $ 0.00 |

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

Complaint - Verified  (12/01/20) CCM 0008 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, ___1st___ MUNICIPAL DISTRICT

Ruben Ornelas _____  Case No. _____

                                    Plaintiff(s)  Contract: _____

v.

                                                    Amount Claimed: $ 300,000.00

Bank of America, N.A. _____  Return Date: _____

                                    Defendant(s)

**COMPLAINT**

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

I filed previous complaints to the Consumer Financial Protection Bureau relating to Bank of America reporting that I engaged in check fraud by altering a check dated 4/7/2015 in the amount of $747.68. After the most recent complaint was filed to the CFPB, an agent from the CFPB did contact me and strongly suggested I file legal action after reviewing my case. This is all due to a check provided by my car insurance, Allstate, that Bank of America claims I altered. I'd like to confirm that I reached out to my local Allstate office to confirm whether or not the check that I deposited to Bank of America looked altered. They confirmed that the information on the check that was deposited was accurate and not altered, meaning I went through close to 5 years not being able to open an account with a reputable bank due to the lack of thorough investigation by Bank of America. If in fact they felt it was altered, they could have simply reached out to the check issuer to confirm whether or not it was altered. Instead, they chose to make that decision on their own, and quite honestly, the BBB has multiple complaints relating to the same. I have emails confirming that the check is valid, as well as a copy of the original check. I have also provided a copy of the check that Bank of America provided to me from their internal systems that clearly shows that nothing has been altered. Lastly, I an email from my local Allstate office confirming that the check was valid. I'd also like to add that Chex System did mail me a letter confirming the information that I had initially attempted to dispute. In the response from Chexsystems, it clearly states that "the source(Bank of America) has informed that on 09/24/2018, an altered check for $747.68 was

I, _____, certify that I am
         (Name)

the _____ plaintiff in the above entitled action.
    (Name of Attorney if applicable)

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 2

**Complaint - Verified**          (12/01/20) CCM 0008 B

The allegations in this complaint are true.

○ Atty. No.: _____
● Pro Se 99500

Name: Ruben Ornelas

Atty. for (if applicable): _____

Dated: 10/13/20

_____
Signature

Address: 1670 Forest View Way

City: Antioch

State: IL    Zip: 60002

Telephone: 773-592-2307

Primary Email: rdornelas21@gmail.com

☑ Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above signed certifies that the statements set forth herein are true and correct.

Claims - continued

deposited via mobile. This activity caused the closure of the account." To confirm that the check has not been altered, I have provided to Bank of America correspondence from the check issuer, a clear copy of the front of the check, and a copy of the check that was deposited via Bank of America's mobile deposit. Providing that information did not change the outcome. It seems that Bank of America believes that my intentions for all of this is to be able to bank with them again, which is not the case. This all has to do with misinformation that was provided to the major consumer reports.

**Allstate**
You're in good hands.

Twin Cities
PO BOX 187
MINNEAPOLIS MN 55440

RUBEN ORNELAS
3357 W 59TH PL
CHICAGO IL 606293622

April 07, 2015

INSURED: RUBEN ORNELAS
DATE OF LOSS: March 15, 2015
CLAIM NUMBER: 0361449580 TMH

PHONE NUMBER: 800-869-0510
FAX NUMBER: 866-259-5055
OFFICE HOURS:

Dear RUBEN ORNELAS,

I have enclosed an Illinois Secure Power of Attorney form that Allstate needs signed since your lien holder has the title. This form will replace your signature on the title.

Please sign your full name as it appears on the title, on the "Transferor's Signature" line. The same name(s) that appear(s) on the front of the Title as owner(s) must be signed exactly the same. Do not mark or sign anywhere else on the form.

I have enclosed a return envelope to mail the form back in.

Please feel free to contact me directly if you have any questions. Thank you.

Sincerely,

*MARY HILL*

MARY HILL
800-869-0510 Ext. 9753133
Allstate Fire and Casualty Insurance Company

GENI001                                              0361449580 TMH

# ILLINOIS SECURE POWER OF ATTORNEY

91576823

**WARNING!** This Form May Be Used Only When Title Is Physically Held By Lienholder Or When Title Has Been Lost. This Form Must Be Submitted To The State By The Person Exercising Power(s) Of Attorney. Failure To Do So May Result In Fines And/Or Imprisonment.

## VEHICLE DESCRIPTION

| Year | Make | Model | Body Type | Vehicle Identification Number |
|---|---|---|---|---|
| 2010 | Nissan | Altima | | 11old01 |

## PART A. Power of Attorney to Disclose Mileage

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____ (transferor's name, Print), appoint _____ (transferee's/dealership name, Print) as my attorney-in-fact, to sign all papers and documents required to secure Illinois Title and to disclose the mileage on the title for the vehicle described above, exactly as stated in my following disclosure.

I state that the odometer now reads **49463** (no tenths) miles and, to the best of my knowledge, that it reflects the actual mileage unless one of the following statements is checked.

[ ] (1) The mileage stated is in excess of its mechanical limits.

[ ] (2) The odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

_Ruben Ornelas_ (Transferor's Signature) | (Transferee's Signature)
(Printed Name) | (Printed Name)
(Transferor's Street Address) | (Transferee's Street Address)
(City, State, Zip Code) | (City, State, Zip Code)
(Date of Statement)

## PART B. Power of Attorney to Review Title Documents and Acknowledge Disclosure

(Part B is invalid unless Part A has been completed)

I, _____ (transferee's name, Print), appoint _____ (transferor's name, Print) as my attorney-in-fact, to sign all papers and documents required to secure Illinois Title and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

(Transferee's Signature) | (Transferee's Printed Name)

(Transferee's Name, Street Address, City, State, Zip Code)

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, _____ (transferor's/dealership name, Print), state that the odometer now reads _____ (no tenths) miles and, to the best of my knowledge, that it reflects the actual mileage unless one of the following statements is checked.

[ ] (1) The mileage stated is in excess of its mechanical limits.

[ ] (2) The odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

(Transferor's Signature) | (Transferor's Printed Name)
(Transferor's Street Address) | (City, State, Zip Code)
(Date of Statement)

## PART C. Certification (To Be Completed When Both Parts A and B Have Been Used)

I, _____ (person exercising above powers of attorney, Print), hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is greater than that previously stated on the title and reassignment documents. This certification is not intended to create, nor does it create any new or additional liability under Federal or State law.

(Signature) | (Printed Name)
(Street Address) | (City, State, Zip Code)
(Date of Statement) | **Auditor Test**

VSD 332.4 | (14VS015008) 850M (06/1-

**Allstate**

Bank of America
Customer Connection
Bank of America, N.A.
Atlanta, Dekalb County, Georgia

64-1278 / 611

0361449580
**RUBEN ORNELAS**

Policy **922724528**

**553514874**

In payment for Collision for Date of Loss 3/15/2015.

Date **4/7/2015**

PMCO **4500**

Check **553514874**
Employee **MARY HILL**

Seven Hundred Forty-Seven & 68/100 USD

$ **747.68**

**RUBEN ORNELAS**

**Allstate Fire and Casualty Insurance Company**

3357 W 59TH PL, CHICAGO, IL 60629-3622 US

VOID IF NOT PRESENTED WITHIN THREE HUNDRED SIXTY-FIVE DAYS OF THE DATE OF ISSUE.

*AUTHORIZED SIGNATURES*

⑈553514874⑈ ⑆061112788⑆ 329 904 1279⑈



Ruben Ornelas <rdornelas21@gmail.com>

## 2015 Claim

**CAROLINA CARRETO** <ccarreto@allstate.com>  Fri, Jun 24, 2022 at 12:02 PM
To: rdornelas21@gmail.com

Hi Ruben

I chatted with claims and they let me know because the claim is a bit older they don't have any of the files on them anymore. They said I could reach out to the headquarters to see if they might have anything they can send us for it. In the mean time I attached a screenshot of the claim which shows that they did mail a check for you. I hope this helps in the meantime while I contact Allstate.



Carolina Carreto
Licensed Agent
T: 630-771-9000
F: 630-771-9093
307 Quadrangle Dr
Bolingbrook, IL 60440

**Allstate**                                                   you're in good hands

My Website     My Account    Allstate Mobile  f ⌄ in ⁒

**attachment1.jpg**
71K

Consumer Relations
PO Box 583399
Minneapolis, MN 55458
www.chexsystems.com
Phone: 800.513.7125; Fax: 602.659.2197



000004 D29271L0061522471556 000000 000071 024

RUBEN ORNELAS
1670 FOREST VIEW WAY
ANTIOCH IL 60002

Date: 06/15/2022
Consumer ID: 25656600

Dear RUBEN ORNELAS,

This letter pertains to communication that Chex Systems, Inc. (ChexSystems) has received about information contained in our files. ChexSystems is a nationwide specialty consumer reporting agency under the federal Fair Credit Reporting Act (FCRA).

**What you need to know:**

- The reinvestigation of the following disputed information is complete. If other information was disputed, you will receive additional written notification from ChexSystems of those results.

---

**Source of Information:** BANK OF AMERICA; PO BOX 44145, JACKSONVILLE, FL 32231
**Phone Number:** 877.253.3511

| | |
|---|---|
| **Reported For:** SUSPECTED FRAUD ACTIVITY;REPORT IS DISPUTED BY CONSUMER(S), AND VERIFIED ACCURATE BY FI; | **Date of Closure:** 10/05/2018 |
| **Reported Name:** RUBEN ORNELAS | **RTN/ACCT#:** 081904808 / XXXXXXXX2504 |
| **Reported Address:** 3357 W 59TH PL CHICAGO, IL 60629-3622 | **Closure Status:** SETTLED IN FULL |
| **Reported SSN/ID:** XXX-XX-4928 | **Closure Status Date:** 10/05/2018 |
| **Driver's License:** XXXXXXXX8177  **State:** IL | |

---



- The source has verified the information they submitted to be accurate and complete. As a result, it will remain on file at ChexSystems.

- The source has verified that the account was closed without a monetary loss. The account was reported with a Settled in Full status. This status does not negate the reporting of the account to ChexSystems and is intended only to reflect that no original charge-off amount was reported.

- The source has informed that on 09/24/2018, an altered check for $747.68 was deposited via mobile. This activity caused the closure of the account.

- Enclosed is a copy of check and account statement for your reference.

- Enclosed is a copy of the consumer disclosure report, which was created by using the identifiers provided to us.

Page 1 of 3

00000004-001-024-T29271L0061522471556-FLAT01-00-0-00000071

Amount:       $747.68
Account:      329041279
Bank Number:  0611278

Sequence Number: 7552300793
Capture Date:    09/24/2018
Check Number:    553514874

---

**CLAIM NO.** 036144980
**INSURED**
**CLAIMANT** RUBEN ORNELAS
**IN PAYMENT FOR** In payment for Collision for Date of Loss 3/15/2015.

Policy 9227724528

Allstate

Date  4/7/2015
FMCO  4500

Check    553514874
Employee MARY HILL

553514874

**PAY** Seven Hundred Forty-Seven & 68/100 USD

**TO THE ORDER OF** RUBEN ORNELAS

3357 W 59TH PL, CHICAGO, IL 60629-3622 US

$ 747.68

Allstate Fire and Casualty
Insurance Company

VOID IF NOT PRESENTED WITHIN THREE HUNDRED SIXTY-FIVE DAYS OF THE DATE OF ISSUE

⑈553514874⑈ ⑆061112788⑆ 329 904 1279⑈

---

Electronic Endorsements
Date        Sequence      Bank #      Endrs Type      TRN    RRC    Bank Name
09/24/2018  755230793     11000138    Rtn Loc/BOFD  Y  TRN    RRC    Bank of America NA

Ruben Ornelas
1670 Forest View Way
Antioch IL 60002

CAROL STREAM, IL 601
14 OCT 2022 PM 4 L

Bank Of America

OCT 19 2022

Legal Department

Bank of America, N.A.
Annt: Legal Department
100 N. Tryon Street
Charlotte NC 28202

NC1-029-29-03

28202-402445