**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Ruben Ornelas
        Plaintiff,

v.                Case No.: 1:22−cv−06378
               Honorable LaShonda A. Hunt

Bank of America, N.A.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 26, 2023:

  MINUTE entry before the Honorable LaShonda A. Hunt: Defendant's Motion to Dismiss for Failure to State a Claim [35] is taken under advisement. The Court sets the following briefing schedule: Plaintiff's brief in opposition is due 7/21/23; Defendant's reply brief is due 8/4/23. The Court will rule by mail. Mailed notice. (kl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.